IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:17CR3057 |
| | ) | |
| v. | ) | |
| | ) | |
| WILSON SECADIA-GARCIA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's unopposed motion to continue (filing no. 19) is granted.

(2) By October 10, 2017, counsel shall file their respective briefs, evidence and stipulations.

(3) The stipulated nonjury trial will be held on Thursday, October 19, 2017, commencing at 12:00 noon, before the undersigned Senior United States District Judge, in Courtroom No. 2, at the Robert V. Denney Federal Building and U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court. Counsel estimate that the matter will take no more than one hour.

(4) The time between today's date and October 19, 2017, is excluded in the interests of justice and primarily to accommodate the desires of the defendant. See 18 U.S.C. § 3161.

DATED this 3rd day of October, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge